JEFFREY ROSENBLUM, SBN 131206
1001 G Street, Suite 100
Sacramento, CA 95814
Telephone: (916) 442-1814
Email: mjrcorp55@gmail.com

Attorney for:
SU QING LI

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>    v.<br><br>RICHARD PHUNG,<br>SU QING LI<br><br>                Defendants | CASE NO. 15-00192 GEB<br><br>STIPULATION REGARDING RANDOM DRUG TESTING AND COPYING OF U.S. PASSPORT IN THE POSSESSION OF THE COURT CLERK'S OFFICE |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, Roger Yang, and Defendant Su Qing Li, represented by Attorney Mark Jeffery Rosenblum, hereby stipulate as follows:

1. By previous order, Defendant Su Qing Li is required to submit to random drug testing at the direction of Pretrial Services.

2. The court Clerk's Office is in possession of Defendant, Su Qing Li's, United States passport.

3. The parties agree and stipulate, and request that the Court find the following:

    a) The previous order requiring Defendant, Su Qing Li to submit to random drug testing is deleted.

    b) Defendant Su Qing Li is permitted to obtain a copy of her United States Passport from the Clerk's Office exclusively for use in verification of her naturalization status for the purpose of her pending application for government financial aid and food stamps.

IT IS SO STIPULATED.

| | |
|---|---|
| Dated: February 9, 2022 | PHILLIP A. TALBERT<br>United States Attorney<br><br>/s/ Roger Yang<br>ROGER YANG<br>Assistant United States Attorney |
| Dated: February 9, 2022 | /s/ Mark Jeffrey Rosenblum<br>MARK JEFFERY ROSENBLUM, ESQ.<br>Attorney for SU QING LI |

## ORDER

IT IS SO FOUND AND ORDERED

March 1, 2022

*Carolyn K. Delaney*
United States Magistrate Judge