JEFFREY ROSENBLUM, SBN 131206
1001 G Street, Suite 100
Sacramento, CA 95814
Telephone: (916) 442-1814
Email: mjrcorp55@gmail.com

Attorney for:
SU QING LI

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>v.<br><br>RICHARD PHUNG,<br>SU QING LI<br>　　　　　　　　Defendants | CASE NO. 15-00192 TLN<br><br>STIPULATION REGARDING AMENDING DEFENDANT LI'S SPECIAL CONDITIONS OF RELEASE |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, Roger Yang, and Defendant Su Qing Li, represented by Attorney Mark Jeffery Rosenblum, hereby stipulate as follows:

1. By previous order, Defendant Su Qing Li's Special Conditions of Release were amended on November 17, 2022.

2. By this stipulation, Defendant Li moves to amend condition 14 of the Amended Special Conditions of Release by substituting a Curfew condition for the previously ordered Home Detention. Second Amended Conditions Of Release are attached.

3. U.S. Pretrial Services, through Renee Basurto, has no objection to this request.

4. The parties agree and stipulate, and request that the Court find the following:

A Second Amended Special Conditions of Release will be filed modifying Condition 14 to read as follows:

*CURFEW: You must remain inside your residence every day from 5:00pm to 7:00am, or as adjusted by the pretrial services officer for medical, religious services, employment or court-ordered obligations.*

Stip. & Order Continuing Status Conf. & Excluding
Time Periods Under Speedy Trial Act

1

IT IS SO STIPULATED.

Dated:  March 17, 2023	PHILLIP TALBERT
	United States Attorney

	 /s/ ROGER YANG
	ROGER YANG
	Assistant United States Attorney

Dated:  November 27, 2019	 /s/ MARK JEFFREY ROSENBLUM
	MARK JEFFERY ROSENBLUM, ESQ.
	Attorney for SU QING LI

**ORDER**

IT IS SO FOUND AND ORDERED

Dated: March 17, 2023

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

**SECOND AMENDED SPECIAL CONDITIONS OF RELEASE**
Re: Li, Su Qing
No.: 2:15-CR-00192-TLN
Date: March 17, 2023

1. You shall report to and comply with the rules and regulations of the Pretrial Services Agency;
2. You shall not move or absent yourself from this residence for more than 24 hours without the prior approval of the pretrial services officer;
3. You shall cooperate in the collection of a DNA sample;
4. Your travel is restricted to Eastern District of California unless otherwise approved in advance by the pretrial services officer;
5. You shall surrender your passport to the Clerk, U.S. District Court, and obtain no passport during the pendency of this case;
6. You shall not possess a firearm/ammunition, destructive device, or other dangerous weapon; additionally, you shall provide written proof of divestment of all firearms/ammunition currently under your control;
7. You shall seek and/or maintain employment and provide proof of same as requested by your pretrial services officer;
8. You shall refrain from the **excessive** use of alcohol or any use of a narcotic drug or other controlled substance without a prescription by a licensed medical practitioner; and you shall notify Pretrial Services immediately of any prescribed medication(s). However, medicinal marijuana, prescribed or not, may not be used;
9. You shall report any contact with law enforcement to your pretrial services officer within 24 hours;
10. You shall not engage in gambling or enter a casino, card rooms, or establishment where gambling occurs;
11. You shall only possess identification documents in your true legal name;
12. You shall be permitted to obtain a copy of your United States Passport from the Clerk's Office exclusively for use in the verification of your naturalization status for the purpose of your pending application for government financial aid and food stamps;
13. You must participate in the following location monitoring program component and abide by all the requirements of the program, which will include having a location monitoring unit installed in your residence and a radio frequency transmitter device attached to your person. You must comply with all instructions for the use and operation of said devices as given to you by the Pretrial Services Agency and employees of the monitoring company. You must pay all or part of the costs of the program based upon your ability to pay, as determined by the pretrial services officer;

14. *CURFEW: You must remain inside your residence every day from 5:00pm to 7:00am, or as adjusted by the pretrial services officer for medical, religious services, employment or court-ordered obligations.*

15. You must participate in a program of medical or psychiatric treatment, including treatment for drug or alcohol dependency and gambling addiction, as approved by the pretrial services officer. You must pay all or part of the costs of the counseling services based upon your ability to pay, as determined by the pretrial services officer.